

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-11-00333-CV

**Andrew Whallon, Dahlia Garcia and Richard Grayshaw**

**v.**

**City of Houston**

NO. 0851588 IN THE 270TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 03/10/2015 | E-PAID | ANT |
| SUPP CLK RECORD | $18.00 | 11/13/2014 | PAID | ANT |
| MT FEE | $10.00 | 09/29/2014 | E-PAID | ANT |
| MT FEE | $15.00 | 09/29/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 09/29/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 09/29/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 09/25/2014 | E-PAID | ANT |
| MT FEE | $15.00 | 08/15/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 07/29/2014 | E-PAID | ANT |
| RPT RECORD | $3,183.90 | 05/20/2014 | PAID | ANT |
| CLK RECORD | $119.00 | 05/15/2014 | PAID | ANT |
| CLK RECORD | $37.00 | 03/19/2014 | PAID | ANT |
| MT FEE | $10.00 | 03/04/2014 | E-PAID | ANT |
| SUPP CLK RECORD | $524.00 | 03/03/2014 | PAID | ANT |
| MT FEE | $10.00 | 01/09/2014 | E-PAID | APE |
| MT FEE | $10.00 | 12/02/2013 | E-PAID | APE |
| MT FEE | $10.00 | 11/04/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 11/04/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 10/31/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 10/31/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 09/17/2013 | E-PAID | APE |
| MT FEE | $10.00 | 09/17/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 08/15/2013 | E-PAID | ANT |

| | | | | |
|---|---|---|---|---|
| MT FEE | $10.00 | 08/15/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 08/15/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 08/15/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 08/15/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 08/14/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 08/09/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 08/09/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 06/03/2013 | E-PAID | APE |
| MT FEE | $15.00 | 04/12/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 04/12/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 02/15/2013 | E-PAID | ANT |
| MT FEE | $15.00 | 02/15/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 02/04/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 02/04/2013 | E-PAID | ANT |
| E-TXGOV FEE | $4.00 | 08/02/2012 | E-PAID | ANT |
| MT FEE | $10.00 | 08/02/2012 | E-PAID | ANT |
| CLK RECORD | $197.00 | 12/13/2011 | PAID | ANT |
| MT FEE | $10.00 | 06/10/2011 | PAID | APE |
| FILING | $175.00 | 05/13/2011 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $4,547.90.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this April 17, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**